**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
L.B. et al.,                                        :
                                                    :
                                    Plaintiffs,     :        25 Civ. 2963 (RMB)
                                                    :
                - against -                         :        **ORDER**
                                                    :
                                                    :
NEW YORK CITY PUBLIC SCHOOLS,                       :
                                                    :
                                    Defendant.      :
-------------------------------------------------------------------x

The conference previously scheduled for April 1, 2026 at 10:00 A.M. has been rescheduled to May 19, 2026 at 10:00 A.M. in Courtroom 17B.

Dated: April 14, 2026
       New York, NY

*Richard M. Berman*

_____
        **RICHARD M. BERMAN**
        **U.S.D.J.**