**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
L.B. et al,                                              :
                                                        :
                        Plaintiff,          :          25 CV. 2963 (RMB)
                                                        :
        - against -                        :          **ORDER**
                                                        :
                                                        :
NEW YORK CITY PUBLIC SCHOOLS,    :
                                                        :
                        Defendant.      :
-------------------------------------------------------------x


        The status conference previously scheduled for Tuesday, May 19, 2026 at

10:00 A.M. is hereby rescheduled to begin at 9:00 A.M. the same day.

        This proceeding will take place in Courtroom 17B.



Dated: May 15, 2026
        New York, NY


                                        _____
                                              RICHARD M. BERMAN
                                                    U.S.D.J.